1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   DEONTE SANTOS

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,     ) No. CR. S-06-0367 GEB
                                 )
14            Plaintiff,         )
                                 ) **STIPULATION AND ORDER VACATING**
15       v.                      ) **TRIAL DATE AND EXCLUDING TIME**
                                 )
16 DEONTE SANTOS,                )
                                 ) Date:  May 18, 2007
17            Defendant.         ) Time:  9:00 a.m.
                                 ) Judge: Hon. Garland E. Burrell, Jr.
18 _____)

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Deonte Santos, through their respective
22 attorneys, that all dates presently scheduled (status conference of May
23 18, TCH of June 8, and trial date of June 26, 2007) may be vacated and a
24 status conference scheduled June 29, 2007, at 9:00 a.m.
25     The government recently provided discovery to counsel for Mr.
26 Santos, who seeks additional time to review discovery, determine Mr.
27 Santos's potential sentencing exposure, and determine whether motions
28 should be filed relative to the indictment or to other issues arising

1 pretrial. The parties therefore agree that time under the Speedy Trial
2 Act should be excluded from the date of this order through June 29, 2007,
3 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 17, 2007          /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for DEONTE SANTOS


                             McGREGOR SCOTT
                             United States Attorney

Dated: May 17, 2007          /s/ T. Zindel for L. White
                             LAUREL D. WHITE
                             Assistant U.S. Attorney

# O R D E R

All existing dates are vacated and a status conference is hereby scheduled for June 29, 2007, at 9:00 a.m. The Court orders time under the Speedy Trial Act excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge