UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-367-GEB |
| Plaintiff, | |
| v. | TRIAL CONFIRMATION ORDER |
| DEONTE SANTOS, | |
| Defendant. | |

Trial in the above-captioned case is scheduled to commence on September 25, 2007 at 9:00 a.m. That date was confirmed at the trial confirmation hearing on August 17, 2007.

I.  MOTIONS IN LIMINE

In limine motions shall be filed no later than 4:30 p.m. on September 10, 2007. An opposition or a non-opposition statement to any filed in limine motion shall be filed no later than 4:30 p.m. on September 17, 2007, and a hearing on the motion(s) shall commence at 10:30 a.m. on September 21, 2007. If the parties have other reasonably anticipated evidentiary disputes, such disputes should be included in their trial briefs. L.R. 16-285(a)(3) (requiring opening

briefs to set forth setting forth "a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations of authority in support thereof").

## II.  TRIAL PREPARATION

A.  No later than September 18, 2007, the following documents should be filed:

(1) proposed jury instructions;

(2) proposed voir dire questions to be asked by the Court;

(3) trial briefs;[1]

(4) a joint statement or joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case; and

(5) a proposed verdict form.

If possible, at the time of filing the proposed jury instructions, the proposed voir dire questions, the joint statement, and the proposed verdict form, counsel shall also deliver to the court a floppy disk compatible with WordPerfect 5.1, 6.1, 8.0, 9.0 or 10 containing a copy of the sanitized jury instructions, the proposed voir dire questions, the joint statement, and the proposed verdict form.

---

[1] *To ensure that the trial proceeds at a reasonable pace, the government is required to include in its trial brief a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations of authority in support thereof.* L.R. 16-285(a)(3). The defense is also encouraged to do this to the extent it opines it should.

   B. The parties estimate the trial will take 9 court days. Each side is granted fifteen minutes for voir dire, which may be used after the judge completes judicial voir dire. The "struck jury" system will be used to select the jury.[2] Two alternate jurors will be empaneled. The Jury Administrator randomly selects potential jurors and places their names on a list that will be provided to each party in the numerical sequence in which they were randomly selected. Each juror will be placed in his or her randomly-selected seat. The first twelve jurors on the list will constitute the petit jury unless one or more of those twelve is excused for some reason. Assuming that the first listed juror is excused, the thirteenth listed juror becomes one of the twelve jurors.

   C. Each side is granted 30 minutes to make an opening statement.

   IT IS SO ORDERED.

Dated:  August 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] As explained in U.S. v. Blouin, 666 F.2d 796, 798 (2d Cir. 1981), "the goal of the 'struck jury' system is to whittle down an initially selected group...[to the amount of jurors] who will serve as the petit jury." The selected group consists of the 12 required to hear the case, the number of alternate jurors, plus the number of jurors required to enable the parties to use the combined number of peremptory challenges allotted to both sides for striking jurors from the group. Typically extra jurors are included in the select group in the event the minimum amount of jurors required for the "struck system" is reduced "for cause" or some other reason.