1  McGREGOR W.  SCOTT
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2780

5

6

7

8              IN  THE  UNITED  STATES  DISTRICT  COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    CR. S-06-367-GEB
                                  )
12                Plaintiff,      )
        v.                        )    GOVERNMENT'S EXPARTE MOTION FOR
13                                )    LIMITED DISCLOSURE OF GRAND JURY
   DEONTE SANTOS,                 )    TESTIMONY AND TRANSCRIPTS;
14                                )    PROPOSED ORDER.
                  Defendant.      )
15                                )    DATE: September 25, 2007
                                  )    TIME: 9 a.m.
16 _____ )    JUDGE: Hon. Garland E. Burrell

17      The government hereby respectfully requests that this court

18 order the limited disclosure of the grand jury transcripts of the

19 testimony of the child victim in this case, FBI Special Agent

20 James Harris, and co-defendant Anna Maria Kapodistrias.  All

21 three are scheduled to testify during the trial of defendant

22 Deonte Santos.

23      Disclosure of the afore-referenced grand jury transcripts

24 concerning the child victim, may be made only to persons, who by

25 reason of their participation in the proceeding, have reason to

26 know such information, including employees of the court, the

27 defendant and the attorney for the defendant and persons hired by

28 the defendant to provide assistance in the proceeding, the jury

                                   1

1  and all employees of the Government connected with the case,

2  including employees of the Department of Justice, any law

3  enforcement agency involved in the case, and any person hired by

4  the Government to provide assistance in the proceeding.  18

5  U.S.C. § 3509(d)(1)(A)(ii), and (d)(1)(B)(i-iv).

6      Pursuant to 18 U.S.C. § 3509(d)(1)(A)(i) all employees of

7  the government connected with a case involving a minor victim...,

8  employees of the court and the defendant and employees of the

9  defendant, including the attorney for the defendant and persons

10 hired by the defendant to provide assistance in the proceeding,

11 **shall** keep all documents that disclose the name or any other

12 information concerning a child in a secure place to which no

13 person who does not have reason to know their contents has

14 access.   Accordingly, as the grand jury transcripts reveal the

15 name of the child victim and other information concerning that

16 minor victim, any parties having access to such information shall

17 maintain them in a secure location, and not disclose the

18 information to persons not a party to this case.

19 Date: September 6, 2007          Respectfully submitted,

20                                  McGREGOR W.  SCOTT
                                    United States Attorney

21

22                                  By_____
                                      LAUREL D.  WHITE
23                                    Assistant U.S. Attorney

24 ///

25 ///

26 ///

27 ///

28 ///

1                                    **ORDER**

2 _____Upon Application of the United States of America and good

3 cause having been shown,

4        IT IS HEREBY ORDERED that the transcripts of the Grand Jury

5 testimony of the minor victim, FBI Special Agent James Harris,

6 and co-defendant Anna Maria Kapodistrias, in the above-entitled

7 case may be disclosed to employees of the court, the defendant

8 and the attorney for the defendant and persons hired by the

9 defendant to provide assistance in the proceeding, the jury, and

10 all employees of the Government connected with the case,

11 including employees of the Department of Justice, any law

12 enforcement agency involved in the case, and any person hired by

13 the Government to provide assistance in the proceeding.   All

14 parties shall keep all documents that disclose the name or any

15 other information concerning the minor victim in a secure place

16 to which no person who does not have reason to know their

17 contents has access.

18 Dated:  September 12, 2007

19

20                                    _____

21                                    GARLAND E. BURRELL, JR.
                                       United States District Judge

22

23

24

25

26

27

28

                                       3