UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-cr-367-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DEONTE SANTOS, ) | |
| ) | |
| Defendant. ) | |

      Argument on Defendant's motion to admit evidence under Federal Rule of Evidence 412, including whether a Rule 412(c)(2) in camera hearing should be conducted, will be held at 11:00 a.m. on Friday, September 21, 2007 in Courtroom 10.  The September 21 hearing will be closed to the public.  If it is determined that a Rule 412(c)(2) in camera hearing should be conducted, that hearing will be held at 4:00 p.m. on Monday, September 24, 2007 in Courtroom 10 and will also be closed to the public.

Dated:   September 19, 2007

                               GARLAND E. BURRELL, JR.
                               United States District Judge