UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:06-cr-367-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEONTE SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |

In court on September 21, 2007, Defendant submitted three (3) copies of a sealed Ex Parte Proffer Regarding Evidence Concerning Minor's Character and Credibility ("Proffer") to the undersigned judge's courtroom deputy clerk. At the Rule 412 hearing held on September 21, 2007, Defendant stated through counsel that the Proffer should be stricken and withdrawn from the record. Therefore, as Defendant requested, the Proffer is stricken and will not be considered.

Two (2) of the three (3) copies of the Proffer were returned to Defendant in court. The third copy is being sent to the Clerk of Court along with this Order. For purposes of maintaining a complete

1

record, the Clerk of Court shall file the Proffer under seal but shall not serve the Proffer on any party.  Immediately thereafter, the Clerk of Court shall return the third and final copy of the Proffer to Defendant's counsel.  See CBS, Inc. v. U.S. Dist. Ct. for the Cent. Dist. of Cal., 765 F.2d 823, 825-26 (9th Cir. 1985) (returning to party unnecessary and improvidently filed document).

IT IS SO ORDERED.

Dated:  September 21, 2007

GARLAND E. BURRELL, JR.
Chief United States District Judge