DANIEL J. BRODERICK, #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneysfor Defendant
DEONTE SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-CR-0367 GEB |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| **DEONTE SANTOS,** | |
| Defendant. | |

Reporter Kimberly Bennett is authorized to prepare for each party's counsel an under-seal transcript of the in camera proceedings of September 21, 2007. The transcripts shall remain under seal unless, upon request of a party, the Court orders the transcript unsealed.

Dated: September 4, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge