```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,       )
                                )   2:06-cr-367-GEB
            Plaintiff,          )
                                )
       v.                       )   SENTENCING RULING
                                )   AND FACTUAL FINDINGS
DEONTE SANTOS                   )
                                )
            Defendant.          )
_____)

At Defendant's sentencing hearing held September 12, 2008, the parties took opposite positions on Probation's recommended 2-level enhancement in paragraph 31 of the Presentence Report dated February 29, 2008: Defendant argued it does not apply; the government countered the enhancement applies because the evidence clearly demonstrates that Defendant unduly influenced the minor.

The rebuttable presumption of undue influence applies because of the age difference between Defendant and the victim. There is ample evidence supporting the enhancement. Defendant's sexual abuse of the minor, the manner of that abuse, and the manner in which he persuaded her to be his prostitute all contributed to his undue influence over her to engage in prohibited sexual conduct. He had her leave her home in the middle of the night for sexual liaisons. He solicited her to leave her Elk Grove home to travel to the Los Angeles area where he intended she would be his

1

prostitute. He facilitated the move by driving from Los Angeles to where she was in Elk Grove, picked her up, and then took her to Los Angeles. When she went to Los Angeles with him, she was entirely dependant upon him for food and shelter. He also facilitated her marketability as a prostitute by having her remove her braces in Los Angeles so she would look older.

After she was placed in a position of dependence on him in Los Angeles, he persuaded her to work as a prostitute for his friend, Randy Ivey, in Seattle. Defendant convinced her that Ivey would take care of her, and to travel to Seattle to be one of Ivey's prostitutes. Defendant's actions constituted undue influence that persuaded the minor to engage in prostitution. Therefore, the 2-level enhancement applies.

Under Federal Rule of Criminal Procedure 32(i)(3)(C), this ruling and findings shall be appended to the Presentence Report "made available to the Bureau of Prisons."

Dated: September 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge